**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# NOTICE

In accordance with the “Jury Selection Plan” for the United States District Court for the District of Rhode Island, the Master Jury Wheel is to be refilled.

The drawing will be conducted at the State of Rhode Island Computer Center, Hartford Avenue, Johnston, Rhode Island, on Friday, June 10, 2005 at 9:30 a.m.

David A. DiMarzio
Clerk of Court
June 6, 2005