***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

**M E M O R A N D U M**

To: David A. DiMarzio, Clerk of Court

From: Paulette J. Dube, Chief Deputy

Date: June 10, 2005

Re: Jury Refill

---

For your information and for the file, Ron Fortes witnessed the drawing of the names for our Master Jury Wheel at the State's Computer Center in Johnston this morning. The program was run using our starting number (28) and our interval number (28). The list contains the 25,000 names we requested.

The State provided us with one hard copy of the list and a CD. Both were placed in the floor safe in my office. I will notify Steve McWilliams on Monday and he will begin the process of uploading the names into JMS.